IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC,<br><br>    PLAINTIFF,<br><br>vs.<br><br>LINKEDIN CORPORATION,<br><br>    DEFENDANT. | Civil Action No. 6:20-cv-00545<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREDUDICE**

Plaintiff GreatGigz Solutions, LLC and Defendant LinkedIn Corporation hereby move for an order dismissing all claims in this action WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B), and according to the terms of an Agreement between the parties.   Each party is to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| */s/   Katherine A. Helm* | */s/ Thomas Fasone III* |
| Katherine A. Helm | M. Scott Fuller |
| *Appearing Pro Hac Vice* | Texas Bar. No. 24036607 |
| khelm@dechert.com | sfuller@ghiplaw.com |
| **Dechert LLP** | Thomas G. Fasone III |
| Three Bryant Park | Texas Bar No. 00785382 |
| 1095 Avenue of the Americas | tfasone@ghiplaw.com |
| New York, NY 10036 | |
| (212) 698-3559 | **GARTEISER HONEA PLLC** |
| | 119 W. Ferguson Street |
| Nisha Patel | Tyler, Texas 75702 |
| *Appearing Pro Hac Vice* | Telephone: (888) 908-4400 |
| nisha.patel@dechert.com | |
| **Dechert LLP** | Raymond W. Mort, III |
| 3000 El Camino Real, Suite 650 | Texas State Bar No. 00791308 |
| Palo Alto, CA 94306 | raymort@austinlaw.com |
| (650) 813-4834 | |
| | **THE MORT LAW FIRM, PLLC** |
| Timothy Dewberry | 100 Congress Ave, Suite 2000 |
| Texas Bar. No. 24090074 | Austin, Texas 78701 |
| timothy.dewberry@dechert.com | Tel/Fax: (512) 865-7950 |
| **Dechert LLP** | |
| 515 Congress Avenue, Suite 1400 | **ATTORNEYS FOR PLAINTIFF** |
| Austin, TX 78701 | **GREATGIGZ SOLUTIONS, LLC** |
| (512) 394-3029 | |

**ATTORNEYS FOR DEFENDANT**
**LINKEDIN CORPORATION**