## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC, <br><br> PLAINTIFF, <br><br> vs. <br><br> LINKEDIN CORPORATION, <br><br> DEFENDANT. | Civil Action No. 6:20-cv-00545 <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between Plaintiff GreatGigz Solutions, LLC and Defendant LinkedIn Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice, subject to the terms of the Agreement between the parties.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

_____
UNITED STATES DISTRICT JUDGE